IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIAN PRINCESS CRUISE LINES, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-344 ERIE |
| FRANK J. ROSSO and JAMES CAMPBELL, | ) ) | |
| Defendants | ) | ELECTRONICALLY FILED |

## **ORDER**

AND NOW, to-wit, this __16th___ day of August, 2005, upon consideration of the Joint Motion for Amendment of Case Management Order filed by defendants Frank J. Rosso and James Campbell and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated April 18, 2005, is hereby reaffirmed subject to the following amendments:

1. The parties shall complete Phase I discovery on or before September 30, 2005.

2. The parties shall file dispositive motions, if any, with respect to the Phase I issues, on or before October 20, 2005, and responses to such motions, if any, on or before November 9, 2005, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

- 2 -

3. All other provisions of the Court's original Case Management Order dated April 18, 2005, remain unchanged and are in full force and effect.

_____
Sean J. McLaughlin
United States District Judge

Case 1:04-cv-00344-SJM     Document 16     Filed 08/16/2005     Page 2 of 2