**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIAN PRINCESS CRUISE LINES, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 04-344 Erie |
| FRANK J. ROSSO, et al., ) ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this 30th day of September, 2005, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on **Wednesday, November 12, 2005 at 9:00 a.m.**

IT IS FURTHER ORDERED that all counsel shall be present in person and have authority to settle the above captioned case, and all parties shall be present in person or available telephonically.

                                                                                               s/ Sean J. McLaughlin
                                                                                               United States District Judge

cc: All counsel of record.