**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIAN PRINCESS CRUISE LINES, INC., )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>FRANK J. ROSSO, et al., )<br>)<br>      Defendants. ) | Civil Action No. 04-344 Erie |

**AMENDED ORDER**

    AND NOW, this 30th day of September, 2005, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on **Wednesday, October 12, 2005 at 9:00 a.m.**

    IT IS FURTHER ORDERED that all counsel shall be present in person and have authority to settle the above captioned case, and all parties shall be present in person or available telephonically.

                                                        s/ Sean J. McLaughlin
                                                        United States District Judge

cc: All counsel of record.