**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIAN PRINCESS CRUISE LINES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-344 Erie |
| FRANK J. ROSSO, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 12th day of October, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

                                                                                                   s/ Sean J. McLaughlin
                                                                                                   United States District Judge

cc: All counsel of record.