IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIAN PRINCESS CRUISE LINES, INC., <br>     Plaintiff <br><br>     v. <br><br> FRANK J. ROSSO and <br> JAMES CAMPBELL, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04-344 ERIE <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL
## OF FRANK J. ROSSO AS DEFENDANT

Plaintiff VICTORIAN PRINCESS CRUISE LINES, INC., by its attorneys, Elderkin, Martin, Kelly & Messina; defendant FRANK J. ROSSO, by his attorneys, MacDonald, Illig, Jones & Britton LLP; and defendant JAMES CAMPBELL, by his attorneys Yochim, Skiba, Johnson and Nash; file this Stipulation of Dismissal of Frank J. Rosso as Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure:

    1.    Defendant Frank J. Rosso has fully complied with his obligations under the Settlement Agreement entered into as of October 12, 2005.

    2.    All claims by plaintiff Victorian Princess Cruise Lines, Inc. against defendant Frank J. Rosso shall be dismissed, with prejudice.

    3.    Plaintiff Victorian Princess Cruise Lines, Inc. and defendant Frank J. Rosso each shall bear its/his own attorneys' fees and costs.

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA


By_____s/ Craig A. Zonna_____
    Craig A. Zonna, Esquire
    Melissa H. Shirey, Esquire
    150 East Eighth Street
    Erie, Pennsylvania 16501
    (814) 456-4000

    Attorneys for Plaintiff
      Victorian Princess Cruise Lines, Inc.



_____s/ Roger H. Taft_____
Roger H. Taft
PA 19983/NY 2876456
Marissa A. Savastana
PA 91201
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600
(814) 454-4647 (facsimile)
rtaft@mijb.com (e-mail)
msavastana@mijb.com (e-mail)
Attorneys for Defendant
  Frank J. Rosso



_____s/ Gary V. Skiba_____
Gary V. Skiba, Esq.
YOCHIM SKIBA JOHNSON AND NASH
345 West Sixth Street
Erie, PA 16507
(814) 454-6345

Attorney for Defendant
  James Campbell