IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIAN PRINCESS CRUISE LINES, INC., </br>       Plaintiff </br></br>           v. </br></br> FRANK J. ROSSO and </br> JAMES CAMPBELL, </br>       Defendants | ) </br> ) </br> ) </br> ) </br> )   CIVIL ACTION NO. 04-344 ERIE </br> ) </br> ) </br> ) </br> ) |

## **ORDER**

AND NOW, to-wit, this ____ day of June, 2006, in accordance with the Stipulation of Dismissal filed by plaintiff Victorian Princess Cruise Lines, Inc., defendant Frank J. Rosso and defendant James Campbell, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS ORDERED that the Stipulation of Dismissal of Frank J. Rosso as Defendant is hereby APPROVED and that all claims by plaintiff Victorian Princess Cruise Lines, Inc. against defendant Frank J. Rosso are hereby DISMISSED, with prejudice.

IT IS FURTHER ORDERED that plaintiff Victorian Princess Cruise Lines, Inc. and defendant Frank J. Rosso shall bear its/his own attorneys' fees and costs.

_____
Sean J. McLaughlin
United States District Judge